UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      CRIMINAL NO. 03-80911

      JUDGE VICTORIA A. ROBERTS

ADHAM MACKIE,

      Defendant.
_____/

## ORDER OF DISMISSAL

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Indictment against ADHAM MACKIE.

Accordingly, IT IS HEREBY ORDERED that the Indictment against that defendant be dismissed, and that defendant's appearance bond, if any, be canceled.

      S/Victoria A. Roberts
      Victoria A. Roberts
      United States District Judge

Dated: May 18, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 18, 2005.

s/Carol A. Pinegar
Deputy Clerk